No. 117, Misc. PARSON *v.* ANDERSON, JAIL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Solicitor General Cox* for respondent.

No. 91, Misc. WALLACH *v.* CHANDLER, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 28, Misc. BUTTS *v.* HARRISON, GOVERNOR OF VIRGINIA, ET AL. Appeal from D. C. E. D. Va. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. The case is consolidated with No. 48 and a total of two hours is allotted for oral argument. *Robert L. Segar, Max Dean, Len W. Holt* and *J. A. Jordan, Jr.,* for appellant. *Robert Y. Button,* Attorney General of Virginia, and *Richard N. Harris,* Assistant Attorney General, for appellees.

No. 303. UNITED STATES *v.* VON'S GROCERY CO. ET AL. Appeal from D. C. S. D. Cal. Probable jurisdiction noted. MR. JUSTICE FORTAS took no part in the consideration or decision of this case. *Solicitor General Cox, Acting Assistant Attorney General Wright, Robert B. Hummel, Elliott H. Moyer* and *James J. Coyle* for the United States. *William W. Alsup* and *Warren M. Christopher* for appellees.

No. 238. UNITED STATES *v.* SEALY, INC. Appeal from D. C. N. D. Ill. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel* and *Gerald Kadish* for the United States. *John T. Chadwell, Richard W. McLaren* and *Richard S. Rhodes* for appellee.